UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60591-CIV-SINGHAL

ISATAOU DAVIS and
EDWARD BISSAU MENDY,

    Plaintiffs,

v.

5950 SBA LOAN I, LLC, *et al.,*

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte* on review of the docket. This case was filed on March 27, 2023. (DE [1]). Despite the short time frame, this case has a substantial history, which is set forth in the Court's previous orders. *See* (DE [17], [41], and [44]). The history will not be repeated here.

On July 5, 2023, the Court granted Plaintiffs leave to file an amended complaint and ordered that service of process was to be made by August 31, 2023. (DE [41]). On July 28, 2023, the Court entered an Order Providing Instructions to Pro Se Litigant (DE [45]) which, among other things, advised Plaintiffs of their responsibility to obtain summonses from the Clerk of Court and effectuate service of process and to make timely service of process. Plaintiffs were warned that failure to make timely service may result in the complaint being dismissed. In a separate Order, Plaintiffs were warned that the Court's deadlines are not "suggestions" and that failure to comply with the Court's orders may result in dismissal without further notice. (DE [44]).

It is now September 1, 2023, and Plaintiffs have not made service of process. Indeed, Plaintiffs have never requested that the Clerk of Court issue a single summons.

Plaintiffs have, again, disregarded the Court's deadlines, as well as the requirements of Fed. R. Civ. P. 4. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED** for failure to comply with the Court's Orders. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of September 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF